UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN STEVEDORING, INC.,
        Plaintiff,
  -against-
INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, AFL-CIO, HAROLD
J. DAGGETT (President), STEPHEN KNOTT
(General Vice President), NYSA-ILA
PENSION FUND, JOSEPH CURTO (Co-Chairman),
PORT POLICE AND GUARDS UNION, JOHN T.
OATES (President), PAUL PUNTURIERI (Vice
President), NYSA-PPGU PENSION FUND, MICHAEL
FARRINO, and JOSEPH POLLIO,
        Defendants.
------------------------------------------------------------x
MICHAEL FARINO,
        Plaintiff,
  -against-
SALVATORE CATUCCI, RONALD CATUCCI,
KEITH CATUCCI, AMERICAN MARITIME
SERVICES OF N.J. INC., AND AMERICAN
CHASSIS POOL OF N.J. LLC,
        Defendants.
------------------------------------------------------------x

**ECF CASE**
Civil Case No.: 13-cv-0918

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that Joseph J. Perrone of the law firm Giuliano McDonnell & Perrone LLP, hereby appears as counsel for Third Party Defendant, Ronald Catucci and should be served with all copies of papers in this action.

Dated: New York, New York
   July 31, 2013

           **Giuliano McDonnell & Perrone LLP**
           *Attorneys for Third Party Defendant-Ronald Catucci*

           By:_____
           Joseph J. Perrone, Esq.
           494 Eighth Avenue, 7th Floor
           Telephone: 646-328-0120
           Fax: 646-328-0121

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF, which will send notification of that filing to all parties of record in this action.

_____
Joseph J. Perrone