USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/06/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN STEVEDORING, INC.,

                    Plaintiff,

        v.

INTERNATIONAL LONGSHOREMAN'S
ASSOCIATION, *et al.*,

                    Defendants.

------------------------------------------------------------X

13 Civ. 0918 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    Pursuant to the status conference held on August 5, 2013, the Court will depart from its Individual Rules of Practice in Civil Cases and set the following schedule for the parties' anticipated motions:

    1) moving papers due by October 7, 2013;

    2) opposition papers due by January 13, 2014; and

    3) reply papers due by February 10, 2014.

    Each party shall observe the following procedure for filing any motion submitted to the Court: the moving party shall electronically file its motion and reply papers with the Clerk of Court **only** when the entire motion has been briefed. The responding party shall electronically file opposition papers **only** when informed by the moving party that the motion and reply papers are being filed. In each case, **all** parties shall send two courtesy copies — three-hole punched, tabbed, and placed in binders — of any submission to Chambers at the time the submission is electronically filed. As noted, this procedure should be followed for motions filed by any party.

SO ORDERED.

Dated: August 6, 2013
       New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge