# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| American Stevedoring, Inc. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 13-0918 |
| International Longshoremen's Association, Et. Als. | ) |
| Michael Farino | ) |
| Defendant, Third-party plaintiff | ) |
| v. | ) |
| Sabato Catucci, Et Als. | ) |
| Third-party defendant | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

Ronald Catucci
c/o American Maritime Services of N.J. Inc.
1 Pennvale Road
Woodbridge New Jersey 07095

A lawsuit has been filed against defendant *Michael Farino*, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff *American Stevedoring Inc.*

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Steven M. Schaffer, Esq.
1170 Commerce Ave
Bronx, NY 10462

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Weiss & Hiller
600 Madison Ave 22nd Fl.
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: MAY 05 2013

RUBY J. KRAJICK

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
AMERICAN STEVEDORING, INC.,

**Plaintiff,**

Civil Case No. 13 cv 0918

-against-
INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, ET ALS.

**Defendant(s).**

---

MICHAEL FARINO,

**Plaintiff,**

-against-
SABATO CATUCCI, RONALD CATUCCI,
KEITH CATUCCI, MATT YATES AMERICAN MARITIME SERVICES
OF NEW YORK INC., AMERICAN MARITIME SERVICES OF N.J. INC.,
AND AMERICAN CHASIS POOL SYSTEMS, LLC.

**Defendants.**

**Brian B. Ricks**, being duly sworn, deposes and says that deponent is over the age of (18) eighteen years and is not a party in this proceeding. Deponent served a true copy of **Summons on A Third-Party Complaint, Third Amended Third Party-Complaint with Exhibit 1 & 2, & Third Amended Answer with Counterclaims.**

In the above entitled proceeding, such service having been made in the following manner stated herein; and said person being the proper and authorized person to be served in this proceeding, the name of said person, complete address, time and date is as follows: **Ronald Catucci c/o American Maritime Services of NJ, Inc., 1 Pennvale Road, Woodbridge, New Jersey 07095   16:12 08/12/2013**

By delivering to and leaving personally with, **Office Manager, Fran Hamer** on the person to be served and associated with **H I M** and after conversing with **HER**, deponent

Deponent also enclosed a copy of same in a postpaid sealed wrapped properly addressed to the above recipient at **1 Pennvale Road, Woodbridge, New Jersey 07095** and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services within New York State **MAILED on August 13, 2013 REGULAR MAIL, ENVELOPE MARKED "PERSONAL AND CONFIDENTIAL."**

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served as follows:

| Gender | Skin Color | Hair Color | Age | Height | Weight | Other Features |
|--------|-----------|-----------|-------|--------|--------|----------------|
| F | White | Brown | 50-55 | 5'6 | 160 | Glasses |

**GPS PHOTO**



**PROPERTY DESCRIPTION:** Multi level commercial building tan brick in color, glass door. office located on 2nd floor.
**PROCESS SERVER LICENSE NO.**1240612

Sworn to before me this_____ `3`___ day

of _August_____ 20 `13`.

CAROLL RAMSEY
NOTARY PUBLIC, State of New York
No. 01RA6026190
Qualified in Nassau County
Commission Expires July 26, 2009

Brian B. Ricks

Date  `8 13 2013`

Undisputed Legal Inc.

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                               *Server's signature*


                                               _____
                                               *Printed name and title*


                                               _____
                                               *Server's address*

Additional information regarding attempted service, etc: