```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    AMERICAN STEVEDORING, INC.,                       :
                                                      :
                                       Plaintiff,     :     13 Civ. 0918 (KPF)
                  v.                                  :
                                                      :          ORDER
    INTERNATIONAL LONGSHOREMAN'S                      :
    ASSOCIATION, et al.,                              :
                                                      :
                                       Defendants.    :
                                                      :
------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: September 19, 2014

KATHERINE POLK FAILLA, District Judge:

      The Court has received and reviewed the letter from Donato Caruso, Esq., dated September 17, 2014, as well as its attachments, a letter to the undersigned and a letter to United States District Judge Esther Salas of the District of New Jersey, both dated September 15, 2014. (Dkt. #96). In consideration of these letters, and after consultation with Judge Salas, it is hereby ORDERED:

- This case is referred for mediation to the Court-annexed Mediation Program.

- All parties to the cases that are enumerated in the September 15, 2014 letter to the undersigned (Dkt. #96 at 2), in addition to any proposed interveners to any of those cases (collectively, the "Parties"), shall participate in the mediation.

- The Parties shall contact the designated mediator within **four days** of the date of this Order, and shall coordinate with the mediator to set up an initial mediation conference that is within **20 days** of the date of this Order.

- The designated mediator for this mediation is: **Daniel F. Kolb, Esq.**, of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, (212) 450-4394, daniel.kolb@davispolk.com.

- All deadlines, conferences, and litigation activities in the above-captioned case are hereby STAYED pending the termination of mediation; the Parties shall be responsible for seeking stays in other affected matters.

- The Parties have until **December 31, 2014,** to resolve this case by the mediation process established by this Order; on January 1, 2015, the stay will be lifted and shortly thereafter the Court will enter a scheduling order re-instituting deadlines.

- The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. SO ORDERED.

Dated:	September 19, 2014
	New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge