# THE LAMBOS FIRM, LLP

ATTORNEYS AT LAW

303 SOUTH BROADWAY • SUITE 410
TARRYTOWN, NY 10591

212.381.9700 • 212.943.2470
FAX: 212.797.9213

C. PETER LAMBOS (1926-2003)
DONATO CARUSO
WILLIAM M. SPELMAN
NICHOLAS G. MAGLARAS (1951-2006)
CAROL NOTIAS LAMBOS* ^ + ■
PETER C. LAMBOS (1954-1991)

ANN MARIE FLYNN
RICHARD J. CIAMPI, JR.*
JAMES R. CAMPBELL*
IAN A. WEINBERGER *

ALSO ADMITTED IN: *NJ  ^DC  +FL  ■CT

NEW YORK CITY
39 BROADWAY
SUITE 1620
NEW YORK, NY 10006

NEW JERSEY
599 AVENUE C
BAYONNE, NJ 07002

201.823.1000
FAX: 201.823.3097

WWW.LAMBOSFIRM.COM

December 31, 2014

VIA ECF

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 31, 2014

Re: American Stevedoring, Inc. v. International Longshoremen's Ass'n, AFL-CIO
**Civil Action No.: 1:13-CV-00918 (KPF)**

Dear Judge Failla:

We write in connection with the Court's September 19, 2014 Order (Docket # 99), which stayed this matter and referred it to mediation with Mediator Daniel F. Kolb, Esq. We are happy to report that the parties have reached a settlement in principle and are in the process of completing the necessary agreements in order to finalize the agreed-upon settlement. The year-end holidays have slowed down the process because of the absence of some of the parties on holiday excursions. All parties to the mediation are in agreement that the mediation deadline should be extended until January 16, 2015, in order for the final settlement agreements to be completed and executed. We respectfully request that the Court consider and grant this short extension of time.

Respectfully submitted,

THE LAMBOS FIRM, LLP

By: _____
Donato Caruso
Ian A. Weinberger
303 South Broadway, Suite 410
Tarrytown, New York 10591
Tel. (212) 943-2470
Fax (212) 797-9213

Honorable Katherine Polk Failla      - 2 -      December 31, 2014

cc: Michael S. Hiller, Esq. (via ECF)
    Kevin Marrinan, Esq. (via ECF)
    Joy M. Holz, Esq. (via ECF)
    Stephen Davis, Esq. (via ECF)
    Elizabeth Kozlowski, Esq. (via ECF)
    Steven Schaffer, Esq. (via ECF)
    Daniel F. Kolb, Esq. (via e-mail)

*A0031508*

Application GRANTED.  The mediation deadline will be extended until January 16, 2015, in order to allow the parties sufficient time to finalize the settlement documents.  No further extensions will be granted.

Dated:    New York, New York          SO ORDERED.
         December 31, 2014

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE