Law Offices
of
# STEPHEN DAVIS, P.C.
26 Broadway, 17th Floor
New York, NY 10004
(212) 292-0456
Fax (212) 292-0463

Stephen Davis
Joy M. Holz

February 13, 2015

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    American Stevedoring, Inc. v. International Longshoremen's Ass'n, AFL-CIO
              **Civil Action No.: 1:13-CV-00918 (KPF)**

Dear Judge Failla:

      We write in connection with the Court's January 16, 2015 Order (Docket # 103), which lifted the stay in this case, removed it from the suspense calendar, and placed it on the active calendar.

      We are pleased to report that the parties have executed a settlement agreement. The settlement contemplates that a certain approval be obtained from a third party prior to consummation of the settlement. The settlement agreement is subject to a confidentiality provision that prohibits publishing the name of the third party. However, if the Court requests, the name of the third party will be disclosed in camera. It is expected that that approval will be provided shortly. In that regard, we respectfully request that this Court return this matter to the "suspense calendar," until the settlement is completed.

      This letter has been circulated to all of the parties to the settlement agreement and all of the parties have approved.

**Law Offices of Stephen Davis, P.C.**

Honorable Katherine Polk Failla  February 13, 2015
Page 2

     We will provide an update within thirty days of the date of this letter concerning the status of the settlement. Thank you for your consideration.

                    Respectfully submitted,

          LAW OFFICES OF STEPHEN DAVIS, P.C.

          By:      s/Stephen Davis
                    Stephen Davis
                    Joy M. Holz

                    26 Broadway, 17th Floor
                    New York, New York 10004
                    Tel. (212) 292-0456
                    Fax (212) 292-0463

*Attorneys for Defendants Port Police and Guards Union
and John T. Oates*

     All Counsel of Record (via ECF)
     Daniel F. Kolb, Esq. (via e-mail)

PPGU
Failla.on.Settlement-02'12'15